IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>    Petitioner,<br><br>    vs.<br><br>J. WOODFORD,<br><br>    Respondents.<br>_____/ | 1:05-CV-1626 OWW DLB HC<br><br><br><br>ORDER TO SUBMIT<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS<br>**OR** FILING FEE |

        Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was originally filed on December 7, 2005, in the United States District Court, Western Division of the Central District of California. It was ordered transferred to the Fresno Division on December 15, 2005, and received in this Court on December 23, 2005. Petitioner has not paid the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. However, on February 16, 2006, Petitioner filed a notice regarding his application to proceed in forma pauperis in this case and several other pending cases including, but not limited to, <u>Washington v. Woodford</u>, Case No. 1:05-1477 REC DLB HC; <u>Washington v. Woodford</u>, Case No. 1:05-1506 REC DLB HC; <u>Washington v. Scribner</u>, Case No. 1:05-1536 REC LJO HC.

        In his notice, Petitioner contends he has attempted to submit some "30 to 40 in forma pauperis applications" to prison officials. But, Petitioner claims, prison officials have "obstructed and impeded" all of his attempts by "thwarting his legal mail to and from the courts." Petitioner does not support this broad claim with any specifics. In addition, the claim is difficult to believe considering Petitioner managed to file a notice less than thirty days after the order was issued in this case. Petitioner has also

filed numerous motions and declarations in other ongoing cases. See, e.g., Washington v. Woodford, Case No. 1:05-CV-1487 OWW LJO HC.  Moreover, Petitioner has refused mail from the Court in another case. See Washington v. Woodford, Case No. 1:05-CV-1505 OWW WMW HC.  If Petitioner's attempts to comply with this order are met with resistance by prison officials, Petitioner is directed to notify the Court with specifics. The Court will not consider his claim of mail tampering without at least a modicum of explanation. For instance, when did Petitioner attempt to comply, how did he attempt to comply, with whom did he submit his requests, in what ways were his requests thwarted or impeded, how has his mail been tampered with, why has he been able to file various pleadings with the court yet fail to submit the filing fee or in forma pauperis application, and why has he refused mail in certain instances?  Petitioner is advised that should he fail to comply, the Court will issue Findings and Recommendations to the assigned district judge for dismissal of the action.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **March 6, 2006**                    **/s/ Dennis L. Beck**
ah0l4d                                                        UNITED STATES MAGISTRATE JUDGE